

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
v. :
THEODORE SMITH : NO. 08-569

FILED
JUL 23 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 23rd day of July, 2009, upon consideration of Defendant's Omnibus Pretrial Motion[] and Authorities in Support Thereof (Doc. No. 60), and all documents submitted in support thereof and in opposition thereto, and after a hearing in open court, it is ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.

Faxed to P. Stevens
E. Abrams
W. Anders

E-mail - J. Egan

7/23/09